IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. JKB-22-0050 |
| SCOTT RYAN MERRYMAN | * | |
| Defendant | * | |

*** 

## JUDGMENT OF ACQUITTAL

The Defendant has been found NOT GUILTY solely by reason of Insanity as to:

Count 1 – Threat against the President of the United States, 18 U.S.C. § 871; and

Count 2 – Interstate Communication of a threat to injure the person of another, 18 U.S.C. 875(c), of the Indictment.

Accordingly, it is ORDERED that the Defendant is ACQUITTED and discharged as to criminal liability, but he is ordered DETAINED in the custody of the U. S. Marshal pending further orders of this Court.

BY THE COURT:

_____
James K. Bredar
United States District Judge

_February 11, 2025_
Date